Hadi Edward Ramsey, Esq. (CA SBN: 274778)
Taylor S. Kruse, Esq. (CA SBN: 351583)
**LOS ANGELES CITY LAW, APLC**
7961 W. 3rd Street
Los Angeles, CA 90048
Tel: (424) 204-9914
Fax: (866) 241-0758
E: lit@lacitylaw.com

Attorneys for Plaintiff, PAMELA L. MORRISON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA L. MORRISON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL CITY STUDIOS LLC, a limited liability company; NBCUNIVERSAL, LLC, a limited liability company; NBCUNIVERSAL MEDIA, LLC, a limited liability company; COMCAST CORPORATION, a corporation; and, DOES 1 through 50, Inclusive,<br><br>Defendants. | CASE NO.: 2:24−cv−02119−DMG−KES<br>[Assigned to Hon. Dolly M. Gee]<br><br>**JOINT STATEMENT OF THE CASE**<br><br><br><br>Complaint Filed: January 23, 2024<br>Trial Date: February 18, 2025 |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR CORRESPONDING COUNSEL(S) OF RECORD:**

Plaintiff Pamela Morrison was a guest at Universal Studios Hollywood on September 30, 2022 when she fell while exiting the Harry Potter and the Forbidden Journey attraction after her seat on the ride would not lock. Plaintiff maintains Universal Studios is responsible for her fall and her alleged injuries. Universal Studios denies it is responsible for her fall and alleges Plaintiff was at fault. Universal Studios also disputes the nature and extent of her alleged injuries.

**LOS ANGELES CITY LAW, APLC**

Dated: December 31, 2024    By: _____
Taylor S. Kruse, Esq.
Attorneys for Plaintiff,
PAMELA L. MORRISON

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

Dated: December 31, 2024    By: _____
Edward Ward, Jr., Esq.
Tracey Stromberg, Esq.
Attorneys for Defendants,
UNIVERSAL CITY STUDIOS LLC, a limited liability company, NBCUNIVERSAL, LLC, a limited liability company, NBCUNIVERSAL MEDIA, LLC, a limited liability company, and COMCAST CORPORATION, a corporation

150525761.1    -2-

JOINT STATEMENT OF THE CASE

## PROOF OF SERVICE

Francisco Serrano certifies and declares as follows:

I am over the age of 18 years and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is LOS ANGELES CITY LAW, APLC 7961 W. 3rd Street, Los Angeles, CA 90048

On **December 31, 2024**, I served the above document described as:
**JOINT STATEMENT OF THE CASE** on all addressees listed in the attached *Service List*.

I caused said documents to be delivered in the following manner:

___ **BY MAIL** - I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___ **BY PERSONAL SERVICE** – On this date, I caused a true and correct copy(ies) of the documents described above to be delivered by personal service through _____, to the addressee(s) listed above.

___ **BY E-SERVICE** – On this date, I caused a true and correct copy(ies) of the document(s) described above to be delivered via e-service through One Legal to the addressee(s) listed in the service list above.

**X** **BY EMAIL** – My email is frank@lacitylaw.com , and on this date, I sent a true and correct copy(ies) of the document(s) described above via email to: *see service list attached*.

**X** **STATE** - I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **December 31, 2024**, at Los Angeles, California.

*Francisco Serrano*
Francisco Serrano

150525761.1  -3-

PROOF OF SERVICE

# SERVICE LIST
United States District Court Case No.: 2:24−cv−02119−DMG−KES

*Pamela L. Morrison v. Universal City Studios, LLC, et al.*

| Party's Attorney/Counsel Info. | Party Name/Role |
|---|---|
| 1. Edward Ward, Jr., Esq.<br>Tracey Stromberg, Esq.<br>**LEWIS BRISBOIS BISGAARD & SMITH LLP**<br>633 West 5th Street, Suite 4000<br>Los Angeles, California 90071<br>T: 213.250.1800<br>F: 213.250.7900<br>E: edward.ward@lewisbrisbois.com<br>tracey.stromberg@lewisbrisbois.com<br>tania.moore@lewisbrisbois.com | **Attorneys for Defendants:**<br>UNIVERSAL CITY STUDIOS LLC, a limited liability company, NBCUNIVERSAL, LLC, a limited liability company, NBCUNIVERSAL MEDIA, LLC, a limited liability company, and COMCAST CORPORATION, a corporation |