# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV 24-02119-DMG(KESx) | Date | February 11, 2025 |
| Title: | Pamela L. Morrison v. Universal City Studios, LLC | | |

Present: The Honorable **Dolly M. Gee, Chief United States District Judge**

| Derek Davis | Terri Hourigan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Taylor S. Kruse | Edward Ward, Jr.<br>Tracey Stromberg |

___ Day Court Trial    1st Day Jury Trial

___ One day trial:  **X** Begun (1st day);  **X** Held & Continued;  ___ Completed by jury verdict/submitted to court.

**X** The Jury is impaneled and sworn.

**X** Opening statements made by  Plaintiff and Defendant

**X** Witnesses called, sworn and testified.  **X** Exhibits Identified  **X** Exhibits admitted.

___ Plaintiff(s) rest.                  ___ Defendant(s) rest.

___ Closing arguments made by    ___ plaintiff(s)    ___ defendant(s).    ___ Court instructs jury.

___ Bailiff(s) sworn.    ___ Jury retires to deliberate.    ___ Jury resumes deliberations.

___ Jury Verdict in favor of    ___ plaintiff(s)    ___ defendant(s) is read and filed.

___ Jury polled.    ___ Polling waived.

___ Filed Witness & Exhibit Lists    ___ Filed jury notes.    ___ Filed jury instructions.

___ Judgment by Court for _____    ___ plaintiff(s)    ___ defendant(s).

___ Findings, Conclusions of Law & Judgment to be prepared by    ___ plaintiff(s)    ___ defendant(s).

___ Case submitted.    ___ Briefs to be filed by _____

___ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.

___ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.

___ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.

___ Settlement reached and placed on the record.

**X** Case continued to  February 12, 2025 at 9:00 AM  for further trial/further jury deliberation.

___ Other:

                                                                 5 : 04
                                        Initials of Deputy Clerk  DD

cc: