# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | LA CV 24-02119-DMG(KESx) |
| Title: | Pamela L. Morrison v. Universal City Studios, LLC |
| Date | February 14, 2025 |

**Present: The Honorable** Dolly M. Gee, Chief United States District Judge

| Derek Davis | Terri Hourigan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Taylor S. Kruse | Edward Ward, Jr.<br>Tracey Stromberg |

___ Day Court Trial    4th Day Jury Trial

___ One day trial:    ___ Begun (1st day);    ___ Held & Continued;    **X** Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by ___
___ Witnesses called, sworn and testified.    ___ Exhibits Identified    ___ Exhibits admitted.
___ Plaintiff(s) rest.    ___ Defendant(s) rest.
**X** Closing arguments made by    **X** plaintiff(s)    **X** defendant(s).    **X** Court instructs jury.
**X** Bailiff(s) sworn.    **X** Jury retires to deliberate.    ___ Jury resumes deliberations.
**X** Jury Verdict in favor of    **X** plaintiff(s)    ___ defendant(s) is read and filed.
**X** Jury polled.    ___ Polling waived.
**X** Filed Witness & Exhibit Lists    **X** Filed jury notes.    **X** Filed jury instructions.
___ Judgment by Court for ___    ___ plaintiff(s)    ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by    ___ plaintiff(s)    ___ defendant(s).
___ Case submitted.    ___ Briefs to be filed by ___
___ Motion to dismiss by ___    is    ___ granted.    ___ denied.    ___ submitted.
___ Motion for mistrial by ___    is    ___ granted.    ___ denied.    ___ submitted.
___ Motion for Judgment/Directed Verdict by ___    is    ___ granted.    ___ denied.    ___ submitted.
___ Settlement reached and placed on the record.
___ Case continued to ___ for further trial/further jury deliberation.
___ Other:

4 : 15

Initials of Deputy Clerk   DD

cc: