UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
Feb 14, 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DD___ DEPUTY

Pamela L. Morrison
        Plaintiff,

vs.

Universal City Studios, LLC

        Defendant.

CASE NO.: LA CV 24-02119-DMG(KESx)

JURY NOTE #: __1__

☐ The jury has reached a unanimous verdict.

☐ The jury advises the Court of the following:

☐ The jury requests the following:

**REDACTED BY THE COURT** is presiding juror. Jury plans to deliberate 4ur until 2:30 pm.

Dated: __2/14/25__

**REDACTED BY THE COURT**
Foreperson of the Jury