FILED
CLERK, U.S. DISTRICT COURT

Feb 14, 2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DD _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA MORRISON,<br><br>                   Plaintiff,<br><br>     v.<br><br>UNIVERSAL CITY STUDIOS, LLC,<br><br>                   Defendant. | Case No. CV 24-2119-DMG (KESx)<br><br>**VERDICT FORM** |

We, the jury, unanimously render the following verdict in accordance with the instructions provided by the Court.

**Question No. 1:** On Pamela Morrison's claim of premises liability against Universal City Studios LLC ("Universal"), we find in favor of—

    _X_ Morrison             \_\_\_\_ Universal

If you found in favor of Morrison on Question No. 1, please answer Question No. 2. If you found in favor of Universal on Question No. 1, please skip Question No. 2 and sign and date the verdict form.

**Question No. 2:** What, if any, are Morrison's damages?

    **Question No. 2(a):** What, if any, are Morrison's economic damages?

        Future medical expenses: $250,000.00

    **Question No. 2(b):** What, if any, are Morrison's noneconomic damages?

        Past noneconomic damages: $2,000,000.00

        Future noneconomic damages: $5,000,000.00

Sign and date the verdict form.

DATED: 2/14/25

REDACTED BY THE COURT
PRESIDING JUROR