JS-6

1

2

3

4

5

6

7

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAMELA L. MORRISON, an individual,<br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL CITY STUDIOS LLC, a limited liability company; NBCUNIVERSAL, LLC, a limited liability company; NBCUNIVERSAL MEDIA, LLC, a limited liability company; COMCAST CORPORATION, a corporation; and, DOES 1 through 50, Inclusive,<br><br>Defendants. | CASE NO.:  CV 24−02119−DMG(KESx)<br><br><br>**JUDGMENT** |

Whereas, on February 14, 2025, a jury rendered a unanimous verdict in which Plaintiff PAMELA MORRISON prevailed on her claim of Premises Liability against Defendant UNIVERSAL CITY STUDIOS, LLC and awarded the sums of Two-Hundred and Fifty Thousand Dollars ($250,000.00) for Future Economic Damages, Two Million Dollars ($2,000,000.00) for Past Noneconomic Damages, and Five Million Dollars ($5,000,000.00) for Future Noneconomic Damages.

/ / /

/ / /

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Judgment shall be hereby entered for prevailing party, Plaintiff PAMELA MORRISON and against Defendant UNIVERSAL CITY STUDIOS, LLC for the claim of Premises liability.

2. The total amount of the judgment in favor of Plaintiff PAMELA MORRISON, and against Defendant UNIVERSAL CITY STUDIOS, is Seven Million, Two-Hundred and Fifty Thousand Dollars ($7,250,000.00) (the "Judgment Amount").

3. Post-judgment interest shall accrue on the Judgment Amount pursuant to 28 U.S.C. 1961(a) until the Judgment Amount plus accrued interest is paid in full.

4. Costs will be determined in accordance with Local Rules 54-2 and 54-3.

**IT IS SO ORDERED.**


DATED:  March 3, 2025                                    _____
                                                                              DOLLY M. GEE
                                                                Chief United States District Judge